# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONDRE TERRELL MCMILLAN | : | CIVIL NO. 3:CV-13-1746 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| LYCOMING COUNTY PRISON, | : | |
| *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, to wit, this 12th day of November 2013, upon preliminary screening of plaintiff's amended complaint (Doc. 10) pursuant to 28 U.S.C. § 1915, and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The Clerk of Court is directed to REOPEN this matter.

2. Plaintiff's amended complaint (Doc. 10) is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

BY THE COURT:

s/James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court